1 | **BRIDGET KENNEDY**
California State Bar No. 253416
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone (619) 234-8467
4 | Facsimile (619) 687-2666
bridget_kennedy@fd.org
5 |
6 | Attorneys for Mr. Aragon-Larios
7 |
8 | UNITED STATES DISTRICT COURT
9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   Case No. 08mj2132
                                )
12 |           Plaintiff,        )
                                )
13 | v.                          )
                                )   **NOTICE OF APPEARANCE**
14 | NOE ARAGON-LARIOS,          )
                                )
15 |           Defendant.        )
                                )
16 |
17 |           Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 | Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 | the above-captioned.
20 |                                           Respectfully submitted,
21 | Dated: July 17, 2008                       *s/ Bridget Kennedy*
                                               Federal Defenders of San Diego, Inc.
22 |                                            *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Aragon-Larios

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. 08mj2132
                                )
12              Plaintiff,      )
                                )
13 v.                           )    PROOF OF SERVICE
                                )
14 **NOE ARAGON-LARIOS,**       )
                                )
15              Defendant.      )
                                )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: July 17, 2008                    *s/ Bridget L. Kennedy*
                                           **BRIDGET L. KENNEDY**
23                                         Federal Defenders of San Diego, Inc.,
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
25                                         (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org
26

27

28