FILED

2008 AUG -6  PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CR 2577 W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>NOE ARAGON-LARIOS, )<br>Defendant. ) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) - Attempted Entry After<br>Deportation |

The grand jury charges:

On or about July 12, 2008, within the Southern District of California, defendant NOE ARAGON-LARIOS, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

FAS:nlv:San Diego
8/5/08

1  was a substantial step toward committing the offense, all in violation

2  of Title 8, United States Code, Sections 1326(a) and (b).

3       It is further alleged that defendant NOE ARAGON-LARIOS was

4  removed from the United States subsequent to May 30, 2008.

5       DATED: August 6, 2008.

6                                          A TRUE BILL:

7

8                                          _____
                                           Foreperson
9

10  KAREN P. HEWITT
    United States Attorney

11

12  By: _____
        FRED SHEPPARD
13      Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28